UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:17-CR-60-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| JUSTIN O'NEAL BARNES | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 27 and its accompanying order be sealed until further order of this Court, except that copies may be provided to the United States Attorney and counsel for the defendant.

This the __18__ day of _____May_____ 2018.

JAMES C. DEVER, III
Chief United States District Judge