UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:17-CR-60-D

UNITED STATES OF AMERICA

VS.                                                                                        **ORDER**

JUSTIN O'NEAL BARNES

IT IS HEREBY ORDERED that the following government exhibits be returned to  Scott George  and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

| **EXHIBIT #** | **EXHIBIT DESCRIPTION** |
|---|---|
| 5 | Firearm and magazine |
| 7 | Ammunition |
| 32 | Shell casings |
|  |  |
|  |  |

So ordered. This 17 day of December 2018.

Case Agent: _____
Signature

_____
JAMES C. DEVER III
United States District Judge